OUR FILE NUMBER: 400.142360

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

ANDREE STOTLE,

                           Plaintiff(s),

       -against-

DOUBLETREE CORPORATION, HILTON HOTELS
CORPORATION and SCENTAIR TECHNOLOGIES,

                           Defendant(s).
----------------------------------------X

07 4184

**NOTICE OF REMOVAL**

TOWNES, J.

Civil Action

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ OCT 9 2007 ★
BROOKLYN OFFICE

AZRACK

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NEW YORK

This Notice of Removal on behalf of defendants, Doubletree Corporation, Hilton Hotels Corporation respectfully shows:

1.    On or about August 10, 2007, an action was commenced against defendant in the Supreme Court of the State of New York, New York County, which action is entitled above. Copies of the Summons and Complaint are attached hereto and marked as **Exhibit "A"**.

2.    The Summons and Complaint was received by the defendant's agent for service of process, Corporation Service Company, on September 5, 2007. The defendants received the summons and complaint on September 5, 2007.

3.    The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. 1332 and is one which may be removed to this Court by petitioner, pursuant to the provisions of 28 U.S.C. 1441 in that the manner in controversy allegedly exceeds the sum or value of $75,000 exclusive of on interest and costs.

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

4. Plaintiff was, at the time this action was commenced, and still is a citizen of the State of New York. Doubletree Corporation, Hilton Hotels Corporation were at the time this action was commenced, and still are, corporations organized under the laws of the State of Delaware and having its principal place of business in the State of Illinois.

5. The incident that is the subject of this complaint occurred at premises located at 1909 Spring Road, Oak Brook, Illinois 60523.

**WHEREFORE**, defendant requests that this action now pending against it in the Supreme Court of the State of New York, New York County, be removed therefrom to this Court.

Dated: New York, New York
October 5, 2007

*CALLAN, KOSTER, BRADY & BRENNAN, LLP*

By: *Keren Z. Rivlin*
Keren Z. Rivlin (9458)
Attorneys for Defendant(s)
Doubletree Corporation, Hilton Hotels Corporation
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

TO: THE LAW OFFICE OF HOWARD BLAU
Attorneys for Plaintiffs
222 East 48th Street
New York, New York 10017
(212) 514-6800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------x
ANDREE STOTLE

               Plaintiff,

   -against-

DOUBLETREE CORPORATION, HILTON HOTELS
CORPORATION and SCENTAIR TECHNOLOGIES

               Defendants.
------------------------------------------------x

Index No. 07-111414

SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

     YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: August 10, 2007

Howard Blau
The Law Office of Howard Blau
222 East 48th Street
New York, NY 10017

NEW YORK
COUNTY CLERK'S OFFICE

AUG 21 2007

NOT COMPARED
WITH COPY FILE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------x

ANDREE STOLTE

        Plaintiff,

-against-

DOUBLETREE CORPORATION, HILTON HOTELS
CORPORATION and SCENTAIR TECHNOLOGIES

        Defendants.
----------------------------------------x

Index No.

VERIFIED COMPLAINT

NEW YORK
COUNTY CLERK'S OFFICE

AUG 21 2007

NOT COMPARED
WITH COPY FILE

    ANDREE STOLTE, by her attorney, HOWARD L. BLAU, alleges for her Complaint herein, on knowledge of matters relating to Defendants and Defendants' own acts, and upon information and belief as to all other matters and all other persons, as follows:

1. At all times hereinafter mentioned, the Plaintiff, ANDREE STOLTE, was and still is a resident of the State of New York (hereinafter referred to as "Plaintiff").

2. At all times hereinafter mentioned, the Defendant, DOUBLETREE CORPORATION, was and still is a domestic corporation (hereinafter referred to as "Doubletree").

3. At all times hereinafter mentioned, the Defendant, HILTON HOTELS CORPORATION, was and still is a domestic corporation (hereinafter referred to as "Hilton").

4. At all times hereinafter mentioned, the Defendant, SCENTAIR TECHNOLOGIES, was and still is a domestic corporation (hereinafter referred to as "ScentAir").

5. On or about June 7, 2007, the Plaintiff arrived for her scheduled stay at the Doubletree Hotel Chicago Oakbrook. While the Plaintiff was in the hotel's lobby checking in, she inhaled the chocolate-chip-cookie-scented air freshener being sprayed in the area. Upon inhaling the air freshener, the Plaintiff felt a "film" developing on her face, and she also became "disoriented" and walked out of the lobby to get fresh air. After exiting the lobby and getting away from the air freshener, the Plaintiff's symptoms disappeared.

6. On or about June 8, 2007, the Plaintiff once again entered the hotel's lobby on her

way to a conference being held in one of the hotel's business rooms. Although the Plaintiff was in the lobby for no more than five minutes, she once again inhaled the air freshener, felt the film on her face, and experienced a choking sensation. Despite her negative physical reaction to the air freshener, the Plaintiff attended the first part of her conference.

7. However, during an intermission at the conference, the Plaintiff needed to use the restroom, and therefore got in a line that had formed in the lobby to do so. While in line, the Plaintiff inhaled the air freshener, and felt dizzy and like her throat was constricting. Given this, the Plaintiff decided to get some fresh air by going outside the hotel. As she attempted to leave the hotel, though, the Plaintiff passed out when she reached the lobby's industrial sliding-glass doors, and crashed into them with so much force that the doors came out of their tracks as a result. The Plaintiff has no recollection of falling into the doors.

8. Upon smashing into the doors, the Plaintiff split open one of her fingers, and also suffered a large gash on one of her hands. After a few moments of being unconscious, the Plaintiff regained consciousness and found herself in the center of a crowd of people and saw a pool of blood forming next to her cut finger and hand.

9. While two members of the conference, both of whom were registered nurses, helped the Plaintiff deal with her bleeding as she waited for an ambulance to arrive, John Opiola, the assistant front office manager of the Doubletree Hotel Chicago Oakbrook, pushed through the crowd and began asking questions to the Plaintiff, who was still disoriented, so he could fill out an incident report. In fact, Mr. Opiola's response to the situation was so intrusive that the nurses demanded he "go away" while they tended to the Plaintiff.

10. When the ambulance arrived and the Plaintiff was put on a stretcher to be transported to a nearby hospital, she experienced great embarrassment as a crowd of people watched the ordeal unfold. While at the hospital, the Plaintiff was treated by Dr. Carlos Martinez, and received eight stitches in her finger. However, she received no instructions as to how to properly care for her injury. (Copies of the ambulance and hospital reports are annexed as "Exhibit A" and "Exhibit B," respectively.)

11. Before checking out of the hotel on or about June 11, 2007, the Plaintiff inquired about the air freshener she inhaled, and was informed that the signature scent of all Doubletree Hotels is, in fact, chocolate chip cookies, and that the fragrance was pumped into the lobby at the Doubletree Hotel Chicago Oakbrook by a dispenser hidden behind a plant between two couches.

12. The Plaintiff came back to New York on or about June 11, 2007.

## VERIFICATION

STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) ss:

I, Andree Stolte, being duly sworn, say I am the Plaintiff in the within action. I have read the foregoing Complaint and know the contents thereof; the same is true to my own knowledge.

_____
Andree Stolte

Sworn to before me this
day of August 13, 2007

_____
NOTARY PUBLIC

FIORE ANTHONY DIFEO
Notary Public, State of New York
No. 02DI6166833
Qualified in Nassau County
Commission Expires Dec. 4, 2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x

ANDREE STOLTE

        Plaintiff,

  -against-

DOUBLETREE CORPORATION, HILTON HOTELS
CORPORATION and SCENTAIR TECHNOLOGIES

        Defendants.
-------------------------------------------------------x

Index No.

VERIFIED COMPLAINT

### VERIFIED COMPLAINT OF PLAINTIFF ANDREE STOLTE

Signature (Rule 130-1.1-a)

*[signature]*

Howard L. Blau, Esq.
The Law Office of Howard L. Blau
Attorney for the Plaintiff
222 East 48th Street
New York, NY 10017
Tel. (212) 514-6800
Fax (212) 514-6801